UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDUARDO LEAL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:18-cv-3190 |
| | § | |
| STARWOOD HOTELS & RESORTS | § | |
| WORLDWIDE, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## JOINT STATUS REPORT & NOTICE OF SETTLEMENT

Pursuant to the Court's November 8, 2018 Management Order,[1] Eduardo Leal ("Plaintiff") and Westin Operator, LLC (improperly named as Starwood Hotels & Resorts Worldwide, LLC) ("Defendant") provides the following status report:

1.   On November 8, 2018, the Court ordered Defendant to "give [Plaintiff] information about the elevator's bumper and sensor."[2]

2.   Defendant supplied this information to Plaintiff on November 19, 2018, in compliance with the Court's November 8, 2018 Management Order.

3.   The Court's November 8, 2018 Management Order also required the parties to "jointly report the status of this case and the next steps to advance this litigation [by December 5, 2018]."[3]

4.   The parties settled this case on December 4, 2018, and counsel for the parties are currently reducing the settlement agreement to a formal written contract.

---

[1]   Dkt. No. 14.
[2]   Dkt. No. 14 ¶ 1.
[3]   Dkt. No. 14 ¶ 2.

5. In light of settlement, there is no need for any further litigation. The parties will submit a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) notice of dismissal as soon as the written settlement agreement is drafted and signed.

6. This status report serves as the parties' Local Rule 16.3 notice of settlement.

Respectfully submitted,

*s/ Joseph A. Ziemianski*
Joseph A. Ziemianski
Attorney-in-Charge
Southern District of Texas Bar No. 25915
Texas State Bar No. 00797732
E-mail: jziemianski@cozen.com

OF COUNSEL:

Michael J. Morehead
Texas State Bar No. 24102242
Southern District of Texas Bar No. 3313228
E-mail: mmorehead@cozen.com

COZEN O'CONNOR
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone: (832) 214.3900
Telecopy: (832) 214.3905

ATTORNEYS FOR DEFENDANT

                                         *s/ Henry D. Drewinko* *\*Signed by Permission*
                                         Henry D. Drewinko
                                         Attorney-in-Charge
                                         State Bar No. 00787395
                                         Federal Bar No. 24836
                                         3617 White Oak Drive
                                         Houston, Texas 77007
                                         Phone: (719) 201-9751
                                         Fax: (832) 201-0909
                                         E-mail: hdd@drewinkolaw.com

                                         ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true a correct copy of the above and foregoing instrument has been served upon all known counsel of record by the Court's electronic filing system on this the 5th day of December 2018:

    Henry D. Drewinko
    Attorney At Law
    3617 White Oak Drive
    Houston, Texas 77007
    *Attorney for Plaintiff*

                                         *s/ Joseph A. Ziemianski*
                                         Joseph A. Ziemianski