| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

United States District Court
Southern District of Texas
**ENTERED**
December 06, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Eduardo Leal, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-18-3190 |
| Starwood Hotels & Resorts Worldwide, LLC, et al., | § § § | |
| Defendants. | § § | |

## Final Dismissal

1. Having been advised that the parties have settled, this case is dismissed with prejudice. (15)

2. This court retains jurisdiction to enforce the settlement.

Signed on December 5, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge